1  MELINDA HAAG
   United States Attorney
2  THOMAS MOORE
   Chief, Tax Division
3  THOMAS NEWMAN  (NYSBN 4256178)
   Assistant United States Attorney
4  11th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone:   (415) 436-6888
6  Fax:         (415) 436-6748

7  Attorneys for the United States of America

**RECEIVED**
JUL - 9 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
JUL - 9 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

**CR 13-90592 MISC**

12  IN THE MATTER OF DISCLOSURE          ) Case No. ___
    GRAND JURY MATERIALS OF              )
13  INVESTIGATION NUMBER                 ) APPLICATION TO SEAL
    2010R0R02278                         ) EX PARTE APPLICATION FOR
14                                       ) DISCLOSURE OF GRAND JURY
                                         ) RECORDS
15                                       )
                                         )
16                                       ) UNDER SEAL
                                         )
17  _____)

18        The United States of America requests the Court to seal the attached *Ex Parte*

19  Application for Disclosure of Grand Jury Records.  This application, and the *Ex Parte*

20  Application for Disclosure of Grand Jury Records are appropriately sealed pursuant to Fed. R.

21  Crim. P. 6(e)(6) (Sealed Records), which mandates that orders "relating to grand jury

22  proceedings must be kept secret under seal..." Id.

23

24                                  Respectfully submitted,
                                    MELINDA HAAG
                                    Attorney for the United States
25

26

27  THOMAS NEWMAN
    Assistant United States Attorney
28  Tax Division

*Case No.* ___                           1